UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:   Jennifer Carliss Damita Caron         Case No. 16-26143-LSS
                                               Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BANK OF AMERICA, N.A., Movant

vs.

Jennifer Carliss Damita Caron, Debtor
aka Jennifer C. Caron
            Respondent(s)

**Withdrawal of Motion for Relief from Stay**

Please withdraw the Motion for Relief from Stay filed at docket #36 by BANK OF AMERICA, N.A., on February 8, 2018.

Respectfully submitted:

/s/Kyle J. Moulding, Esq. (kmg)
Kyle J. Moulding, Esq.
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-3361
Bar No. 30148
Bankruptcymd@mwc-law.com

16-605743

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Esq.
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street
Suite 1214
Baltimore, Maryland  21201
robert@grossbartlaw.com

I hereby further certify that on the 26th day of March, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Jennifer Carliss Damita Caron
20153 Benevola Church Road
Boonsboro, Maryland  21713
(Via U.S Mail)

                */s/ Kyle J. Moulding, Esq.*
                **Kyle J. Moulding, Esq.**

16-605743